# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

8:08-cr-441-T-

No. 08-16753-G

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 2 2008
THOMAS K. KAHN
CLERK

IN RE: JANIS W. STEWART AND
OTHER BORROWER-CRIME VICTIMS

---

On Petition for Writ of Mandamus to the United States
District Court for the Middle District of Florida

---

BEFORE: TJOFLAT, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

Petitioners' motion to Waive Right to a Decision within 72-hours for a period of time up to two weeks is GRANTED.

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 03, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-16753-G**
Case Style: In Re: Janis W. Stewart
District Court Number: 08-00441 CR-T-17-MAP ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

MOT-2 (06-2007)