UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                          CASE NO. 8:08-cr-441-T-17MAP

PHILIP WILLIAM COON
_____/

**REPORT AND RECOMMENDATION**

      Defendant William Coon, who has had retained counsel represent him throughout these proceedings, asserts he cannot afford the costs associated with the preparation of a transcript necessary to the defense of his case. Accordingly, he moves to be declared indigent and have such costs paid under the Criminal Justice Act (18 U.S.C. § 3006A(e)). *See* doc. 188. The district judge has referred the matter to me for a report and recommendation (docs. 186 and 189). For the reasons stated, I recommend the motion be granted.

      A defendant who has retained counsel, but who is financially unable to obtain the necessary services covered under 18 U.S.C. § 3006A(e) for his defense, can seek to have such costs paid for under the Criminal Justice Act. *See*: *The Guide to Judiciary Policies and Procedures*, *Vol. VII, Chapter 3, Part A, 3.01.* Per the terms of his plea agreement, the Defendant has agreed to forfeit all his assets to the government. Thus, he has no means to pay for transcripts and has affirmed as much in an affidavit attached to his motion. Furthermore, after making *in camera* inquiry of Defendant's retained counsel, I am satisfied that the Defendant is financially unable to pay for said costs and that their financial arrangement is a reasonable one which did not anticipate the costs incurred so far, much less those which are the subject matter of the motion. Lastly, the government advises it has

no objection to the relief the Defendant seeks. For all these reasons, the motion (doc. 188) should be granted.[1]

IT IS SO REPORTED at Tampa, Florida on January 12, 2010.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

cc:  The Honorable Elizabeth A. Kovachevich
     Counsel of Record

---

[1] In making any request for transcripts, Defendant's counsel should follow the preferred method by using a Form CJA 24, which is available on the Court's internet site (under attorney forms).