```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

UNITED STATES OF AMERICA,

v.                                    CASE NO.  8:08-CR-441-T-17MAP

PHILIP WILLIAM COON.

_____/


                              ORDER

   This cause is before the Court on:


   Dkt. 191    Report and Recommendation

   The assigned Magistrate Judge has entered a Report and Recommendation which recommends that Defendant Coon's Motion to Proceed IFP as to Costs be granted.

   The Court has independently examined the pleadings.  No objection to the Report and Recommendation has been filed.  After consideration, the Court adopts and incorporates the Report and Recommendation.  Accordingly, it is

   **ORDERED** that the Report and Recommendation is **adopted** and incorporated herein by reference.  Defendant Coon's Motion to Proceed IFP as to Costs (Dkt. 188)is **granted**.  Defendant Coon shall submit a Form CJA 24 to Sandra K. Lee, Official Court Reporter, as soon as practicable.

Case No. 8:08-CR-441-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 16th day of January, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record